Susan I. Eastman
Arizona Bar No.021859
Navajo-Hopi Legal Services Program
Post Office Box 2990
Tuba City, Arizona 86045
(928) 283-3300
E-mail: seastman@nndoj.org

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Tohannie,<br><br>    Plaintiff,<br><br>vs.<br><br>Office of Navajo and Hopi Indian Relocation, *an Administrative Agency of the United States*,<br><br>    Defendant. | No. CV-21-08272-PCT-MTL<br><br>**Plaintiff's Statement of Facts in support of her Motion for Summary Judgment** |

1. Sylvia Tohannie is an enrolled member of the Navajo Nation who was relocated from her home on the Hopi Partitioned Land pursuant to the Settlement Act, Pub.L. No. 93-531, §12, December 22, 1974, 88 Stat. 1716 (hereinafter the "Settlement Act"). **CAR 124, 127.**

2. Ms. Tohannie was born Sylvia Jane Seschillie on October 11, 1962. **CAR 8, 124.**

3. Ms. Tohannie's parents were Harry and Lily Manygoats Seschillie. Her father died on September 24, 1965. Her mother died on June 27, 1990. **CAR 4, 17.**

1

4. After Harry Seschillie died, his widow Lily was eligible to receive and did receive Social Security survivor benefits for herself and their four children, including Sylvia. **CAR 6.**

5. Sylvia began receiving Social Security survivor benefits as a direct payee in January 1979 when she was 16 years old and a high school student. **CAR 154, 172-175.**

6. Sylvia continued to receive Social Security survivor benefits as a direct payee through September, 1981, just prior to turning 19 years old. **CAR 154, 172-175.**

7. Based on the "Report of Confidential Social Security Benefit Information", Ms. Tohannie, from January, 1979 through September, 1981, directly received a total of $4,105.00 in Social Security survivor's benefits. **CAR 154.** Of that amount, $1,531.00 was received during calendar year 1980. *Id.*

8. Ms. Tohannie became 18 years old on October 11, 1980 and graduated from high school in May 1981. **CAR 172.**

9. From January, 1981 through June, 1981, Plaintiff received $935.00. **CAR 154.**

10. Sylvia used her survivor's benefits to purchase food and necessities for herself and her younger brother Michael, and she also saved funds for college. **CAR 175-176.**

11. At Ms. Tohannie's hearing on December 18, 2015, her counsel and ONHIR's counsel stipulated on the record that Ms. Tohannie and her family's legal residence on the HPL continued until sometime in 1981 when the fence that separated the family's area located on the former Bennett Freeze Area from their HPL camps was permanently closed. **CAR 167, 168.**

12.     Ms. Tohannie's older sister Delores Claw applied for relocation benefits as a "late applicant", was denied, and had an appeal hearing on December 14, 2007.  For his decision for Delores, the HO found that Delores' family lived with their maternal grandparents Peter and Margaret Manygoats, and that the family had three camps: One camp at Middle Mesa on the former Bennett Freeze area and two camps on land partitioned to the Hopi Tribe.  **CAR 102.**

13.     The HO further found for sister Delores that the family continued to graze their livestock, plant and harvest corn, and grow fruit "until approximately 1981 when the fence was permanently closed."  **CAR 103.**  This was the fence which separated the family's Bennett Freeze camp at Middle Mesa from their HPL camps.  **CAR 102-103.**

14.     The HO denied Delores' appeal pursuant to ONHIR's "late applicant" regulations which required full-time physical occupancy of a HPL homesite after July 7, 1986. **CAR 101-108.**

15.     After ONHIR rescinded its "late applicant" regulation at 25 CFR §700.138 after this Court's decision on February 27, 2008 in the matter of *Noller Pete Herbert v. ONHIR,* CV-06-3014-PCT-NVW, ONHIR issued its Policy Memorandum #14 which restored its original eligibility requirements which required legal residence on land partitioned to a tribe of which the applicant is not a member as of December 22, 1974 and through July 7, 1986.  Based on its Policy #14, ONHIR reversed its denial determination and certified Delores as eligible for relocation benefits on March 6, 2009.  **CAR 116.**

16.     Sylvia's aunt Belinda Joe Capitan, who was born on July 9, 1962, three months before Plaintiff; Ms. Capitan's parents were Peter and Bessie Whiterock Manygoats; Ms.

Capitan graduated from high school in May 1981, the same time as Plaintiff.  Belinda applied for her own relocation assistance benefits as a "late applicant" and was initially denied, appealed and had an appeal hearing on September 29, 2006.  The HO found in his decision for Ms. Capitan issued on November 27, 2006 that Belinda's family continued "to use both sides of the partition line" at the time Belinda graduated from high school in May 1981.  **CAR 40, 167-168.**

17.     Sylvia testified at her hearing on December 18, 2015 that she and her family stopped using their HPL sites around the end of spring 1981 because they planted their cornfield around the time she graduated from high school in May 1981.  **CAR 177-178.**

18.     Sylvia submitted her application for relocation assistance benefits to ONHIR on April 15, 2009.  **CAR 122-128.**

19.     ONHIR sent Ms. Tohannie a letter dated October 30, 2012 denying her application for relocation benefits.  **CAR 140-141.**

20.     Ms. Tohannie submitted an appeal letter to ONHIR, which was received on November 14, 2012 and was accepted by ONHIR as timely.  **CAR 144-145, 148-149.**

21.     Ms. Tohannie's administrative appeal hearing was conducted on December 18, 2015.  At her hearing, Ms. Tohannie, her brother Melvin Sechillie, and cousin-sister Veronica Secody testified.  ONHIR did not present any witnesses at the hearing.  **CAR 166-207.**

22.     ONHIR's counsel submitted a post-hearing memorandum on February 5, 2016.  **CAR 212-219.**  Plaintiff's counsel submitted Plaintiff's post-hearing brief on the same date.  **CAR 221-230.**

23. The HO issued his decision denying Ms. Tohannie's appeal and upheld ONHIR's denial of her relocation benefits application on March 4, 2016.  **CAR 233-240.**

24. ONHIR took Final Agency Action upholding its denial of Ms. Tohannie's relocation benefits application on March 30, 2016.  **CAR 243.**

Respectfully submitted this 22nd day of June, 2022.

/s/ *Susan I. Eastman*
Susan I. Eastman
Attorney for Plaintiff
117 Main Street
P.O. Box 2990
Tuba City, AZ 86045

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2022, I electronically transmitted the attached document, Plaintiff's Statement of Facts in support of her Motion for Summary Judgment, to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Peter M. Lantka
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
plantka@usa.doj.gov

/s/ *Susan I. Eastman*
Susan I. Eastman